UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIM HILL, <br><br> Plaintiff, <br><br> -vs- <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. | NO. CV-13-0220-LRS <br><br> **ORDER OF DISMISSAL** |

On August 11, 2014, the Court ordered Plaintiff to show cause within 15 days of the order why the case should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff has not responded to the show cause order. **ACCORDINGLY**, this action is **DISMISSED** without prejudice for failure to prosecute, Fed. R. Civ. P. 41(b), and this file is hereby **CLOSED** pursuant to said dismissal.

**IT IS SO ORDERED.**

**DATED** this 2nd day of September, 2014.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER